BIRD S. COLER, Commissioner of Public Welfare of the City of New York,

on Complaint of ELECTRA BROWN, Respondent, v. GEORGE D. PINDER, Appellant.— Order of filiation of the Court of Special Sessions affirmed.  No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.